IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John B. PATTERSON,<br><br>   Plaintiff,<br><br>v.<br><br>Joseph M. ARPAIO,<br><br>   Defendant. | No. CV-05-3383-PHX-SMM (LOA)<br><br>**ORDER** |

On May 31, 2006, Magistrate Judge Lawrence O. Anderson filed a Report and Recommendation, advising this Court that Plaintiff's Complaint and this action should be dismissed without prejudice for failure to file a change of address and comply with court orders. [Doc. No. 8] The Report and Recommendation was returned to the Court on June 7, 2006 with the annotation "return to sender" [Doc. No. 9], and to date, Plaintiff has not filed objections to Judge Anderson's Report and Recommendation.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate Judge's factual findings, but not necessarily the Magistrate Judge's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

**DISCUSSION**

Having reviewed the legal conclusions of the Report and Recommendation of the Magistrate Judge, and no objections having been made by Plaintiff thereto and Plaintiff having failed to notify the Court of his address, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

**IT IS THEREFORE ORDERED** that the Court adopts the Report and Recommendation of Magistrate Judge Lawrence O. Anderson. [Doc. No. 8]

**IT IS FURTHER ORDERED** that Plaintiff's Complaint and this action are DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall terminate this action accordingly.

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide a copy of this Order to Magistrate Judge Lawrence O. Anderson.

DATED this 3rd day of July, 2006.

Stephen M. McNamee
United States District Judge